# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cherry Reaves, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00292-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Megan J Bennan | ) | |
| Rodney Jenkins | | |
| Barbara Brewer | | |
| Vince Catalano | | |
| Robert Barnhart, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2016 Order.

December 21, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court